# JOHNSON, VORHEES & MARTUCCI
## ATTORNEYS AT LAW

ROGER JOHNSON
SCOTT VORHEES
PATRICK MARTUCCI
CEPHUS RICHARD, III
BRIAN JOHNSTON
JOSEPH WEIDHAAS
ERIN VORHEES

GLENN R. GULICK, JR.
Of Counsel

510 WEST 6TH STREET

JOPLIN, MISSOURI 64801

TELEPHONE: 417-206-0100

TOLL-FREE: 866-836-0100

FACSIMILE: 417-206-0110

www.4stateslaw.com

EMAIL: roger@4stateslaw.com
scott@4stateslaw.com
patrick@4stateslaw.com
cephus@4stateslaw.com
brian@4stateslaw.com
joe@4stateslaw.com
erin@4stateslaw.com
glenn@4stateslaw.com

July 17, 2013

Via Facsimile: 816-472-6262
Mr. W. James Foland
Foland, Wickens, Eisfelder, Roper & Hofer, PC
911 Main Street, 30th Floor
Kansas City, MO 64105

Via Facsimile: 417-623-6865
Phillip D. Greathouse
Blanchard, Robertson, et. al.
320 W. 4th Street
Joplin, MO 64801

Re: Bryant v. Dalton; Viking v. Bryant

Gentlemen:

I understand that you both represent Mr. Dalton Lee Anderson and/or Viking Insurance Companies with regard to these claims. Please be advised that if Viking Insurance will dismiss the pending federal court case, then we will agree to set aside the default judgment in the state case and litigate this case on the merits. Certainly, if Viking honestly thinks they have a defense on a settlement, then it should be resolved in the state court action with Mr. Bryant and Mr. Anderson.

Thank you for your attention to this matter. I look forward to hearing from you.

Very truly yours,

Scott Vorhees

SV/ab

LICENSED IN:   MISSOURI   OKLAHOMA   KANSAS   ARKANSAS   CALIFORNIA

**EXHIBIT**

A